**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
JAN 11 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 2:15mj0202 KJN

Hunter Lay

**ORDER TO PAY**

SOCIAL SECURITY #: 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
DATE OF BIRTH: 10/26/1996
DRIVER'S LICENSE #: F4921193
ADDRESS: 3321 Strolling Hills Rd
Cameron Park  CA  95682
CITY        STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.
DATE: 1/11/16                           _____
                                         DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

Fine
(✓) ~~Fine~~ Process Fee: $ 25 and a penalty assessment of $ 10 for a TOTAL AMOUNT OF: $ 35 within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
(✓) Community Service 100 hours _____ ~~with fees not to exceed $~~ _____
    completed by 10 hours per month

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

[ ] CENTRAL VIOLATIONS BUREAU
    PO BOX 71363
    PHILADELPHIA, PA 19176-1363
    1-800-827-2982
       or
    Pay on-line at www.cvb.uscourts.gov
    and Click on "Pay On-Line"

[ ] CLERK, USDC
    2500 TULARE ST., RM. 1501
    FRESNO, CA 93721-1322

[✓] CLERK, USDC
    501 I STREET, STE. 4-200
    SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 1-11-16                          KJN
                                        U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                              EDCA-3