IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-mj-00202-KJN-1 |
| Plaintiff, | ) **ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |
| v. | ) |
| HUNTER J. LAY, | ) |
| Defendant. | ) |

**ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on May 11, 2016, at 9:00 a.m. to show cause why the probation granted on January 11, 2016, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on May 11, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated: April _12_, 2016

_____
Hon. Kendall J. Newman
United States Magistrate Judge